**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **PREFERRED CARE INC.,** *et. al.* | § | **Case No.: 17-44642** |
| | § | |
| **Debtors.** | § | **(Joint Administration Requested)** |

**NOTICE OF APPEARANCE AND
REQUST FOR SERVICE OF NOTICES, PLEADINGS AND ORDERS**

PLEASE TAKE NOTICE that the undersigned hereby files this Notice of Appearance as counsel for party in interest LTC Properties, Inc. and Skilled Healthcare Holdings, Inc. and requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the undersigned at the following address:

Jason M. Rudd
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 100
Dallas, TX 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

Respectfully submitted on this 14th day of November, 2017.

        **WICK PHILLIPS GOULD & MARTIN, LLP**

        By: */s/ Jason M. Rudd*
            Jason M. Rudd
            Texas Bar No. 24028786
            3131 McKinney Avenue, Suite 100
            Dallas, TX 75204
            Telephone: (214) 692-6200
            Facsimile: (214) 692-6255
            Email: jason.rudd@wickphillips.com

        **COUNSEL FOR LTC PROPERTIES, INC. AND SKILLED HEALTHCARE HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing document was served on November 14, 2017 by the Court's ECF noticing system on all parties that consent to such service

        */s/ Jason M. Rudd*
        Jason M. Rudd